IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) ) | |
| EXPRESS SERVICES, INC. a/k/a EXPRESS STAFFING, INC. | ) ) | COMPLAINT |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Jontay Purdie, who was adversely affected by such practices. The Commission alleges that Defendant Employer refused to hire Ms. Purdie for a General Laborer job because of her gender.

## JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.  The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Tennessee, Western Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission ("the Commission"), is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4. At all relevant times Defendant Express Services, Inc. a/k/a Express Staffing, Inc. ("Defendant Employer"), has been a Tennessee corporation, and has continuously been doing business in the State of Tennessee and the City of Memphis, and has continuously had at least 15 employees.

5. At all relevant times Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g), and (h). Defendant Employer employed General Laborers to do cleanup in New Orleans after hurricane Katrina.

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Jontay Purdie filed a charge with the Commission alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least approximately February 28, 2007, Defendant Employer has engaged in an unlawful employment practice at its Memphis, Tennessee location, in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a).

8. Defendant Employer refused to hire Jontay Purdie for a General Laborer job because of her sex.

9. Ms. Purdie responded to a job advertisement in the local newspaper seeking general laborers to pick up trash after hurricane Katrina in New Orleans.

10. Ms. Purdie was instructed to appear at the office of Express Services, Inc., as the bus was leaving for work in New Orleans.

11. When Ms. Purdie appeared at Express Services' office, she was required to complete an application and W-4 form.

12. Then the manager arrived, and told Ms. Purdie that she could not travel to New Orleans to work because she was a woman.

13. The effect of the practice complained of in paragraph 8 - 12 above has been to deprive Jontay Purdie of equal employment opportunities and otherwise affect her status as an applicant for employment because of her sex.

14. The unlawful employment practice complained of in paragraph 8 - 12 above was intentional.

15. The unlawful employment practice complained of in paragraph 8 - 12 above was done with malice or with reckless indifference to the federally protected rights of Jontay Purdie.

## **PRAYER FOR RELIEF**

Therefore the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with it, from refusing to hire female applicants for employment because of

their sex.

B. Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for female applicants for employment, and which eradicate the effects of its unlawful employment practice.

C. Order Defendant Employer to make whole Jontay Purdie by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practice.

D. Order Defendant Employer to make Jontay Purdie whole by providing compensation for past and future pecuniary losses resulting from the unlawful employment practice described in paragraph 8 - 12 above, in amounts to be determined at trial.

E. Order Defendant Employer to make whole Jontay Purdie by providing compensation for past and future nonpecuniary losses resulting from the unlawful practice complained of in paragraph 8 - 12 above, including emotional distress, pain and suffering, embarrassment, humiliation, and loss of enjoyment of life, in amounts to be determined at trial.

F. Order Defendant Employer to pay Jontay Purdie punitive damages for its malicious and reckless conduct described in paragraph 8 - 12 above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

        **RONALD S. COOPER**
General Counsel

**JAMES LEE**
Deputy General Counsel

**GWENDOLYN YOUNG REAMS**
Associate General Counsel

s/ Faye A. Williams (w/ permission CLO)
**FAYE A. WILLIAMS**
Regional Attorney
Tennessee Bar No. 011730

s/ Deidre Smith (w/ permission CLO)
**DEIDRE SMITH**
Supervisory Trial Attorney
Tennessee Bar No. 018499

s/ Carson L. Owen
**CARSON L. OWEN**
Senior Trial Attorney
Tennessee Bar No. 009240

Equal Employment Opportunity
Commission
1407 Union Avenue, Suite 901
Memphis, TN   38104
(901) 544-0133